Skip to Main Content  Logout  My Account  Search Menu  Search Civil, Family, Probate and Tax Court Case Records  Refine Search   Back     Location : All Locations    Images   Help

# Register of Actions
## Case No. 25CV05549

| | | |
|---|---|---|
| Gracie Arnold, Gretta Baker, Kiylynn Dawkins, Hanne Hopkins, Ana McClaveetal. vs Western Oregon University, Jessica Peatross, Dementrus Marlow, Jesse Peters, Malissa Larsonetal. | § § § § § § | Case Type:  **Tort - General**<br>Date Filed:  **01/29/2025**<br>Location:  **Marion** |

---

### Party Information

| | | Attorneys |
|---|---|---|
| **Defendant** | Larson, Malissa | |
| **Defendant** | Lydum, Randi | |
| **Defendant** | Marlow, Dementrus | |
| **Defendant** | Peatross, Jessica | |
| **Defendant** | Peters, Jesse | |
| **Defendant** | Western Oregon University | |
| **Plaintiff** | Arnold, Gracie | JASON LLEWELLYN KAFOURY<br> *Retained*<br>503 224-2647 x103(W) |
| **Plaintiff** | Baker, Gretta | JASON LLEWELLYN KAFOURY<br> *Retained*<br>503 224-2647 x103(W) |
| **Plaintiff** | Dawkins, Kiylynn | JASON LLEWELLYN KAFOURY<br> *Retained*<br>503 224-2647 x103(W) |
| **Plaintiff** | Hopkins, Hanne | JASON LLEWELLYN KAFOURY<br> *Retained*<br>503 224-2647 x103(W) |
| **Plaintiff** | McClave, Ana | JASON LLEWELLYN KAFOURY<br> *Retained*<br>503 224-2647 x103(W) |
| **Plaintiff** | McClave, Cali | JASON LLEWELLYN KAFOURY<br> *Retained*<br>503 224-2647 x103(W) |
| **Plaintiff** | Noyes, Jodi | JASON LLEWELLYN KAFOURY<br> *Retained*<br>503 224-2647 x103(W) |
| **Plaintiff** | Ramos, Kailiana | JASON LLEWELLYN KAFOURY<br> *Retained*<br>503 224-2647 x103(W) |

| Plaintiff | Tu'ivai, Pi'o | JASON LLEWELLYN KAFOURY |
|---|---|---|
| | | *Retained* |
| | | 503 224-2647 x103(W) |

## Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 01/29/2025 | **Complaint** | | |
| | Created: 01/29/2025 9:01 AM | | |
| 01/29/2025 | **Assignment - Trial Judge** (Judicial Officer: Armstrong, Sean E ) | | |
| | *emailed 1/29/25* | | |
| | Created: 01/29/2025 9:11 AM | | |
| 01/29/2025 | Service | | |
| |   Western Oregon University | Unserved | |
| |   Peatross, Jessica | Unserved | |
| |   Marlow, Dementrus | Unserved | |
| |   Peters, Jesse | Unserved | |
| |   Larson, Malissa | Unserved | |
| |   Lydum, Randi | Served | 02/05/2025 |
| | Created: 01/29/2025 9:12 AM | | |
| 02/26/2025 | **Proof - Service** | | |
| | Created: 02/27/2025 8:21 AM | | |
| 02/26/2025 | **Summons** | | |
| | Created: 02/27/2025 8:21 AM | | |

## Financial Information

**Plaintiff** Arnold, Gracie
Total Financial Assessment     1,178.00
Total Payments and Credits     1,178.00
**Balance Due as of 02/28/2025**     **0.00**

| 01/29/2025 | Transaction Assessment | | | 1,178.00 |
|---|---|---|---|---|
| 01/29/2025 | xWeb Accessed eFile | Receipt # 2025-63452 | Arnold, Gracie | (1,178.00) |