ANDREA H. THOMPSON, OSB No. 084923
andrea.thompson@stoel.com
MISHA ISAAK, OSB No. 086430
misha.isaak@stoel.com
TYLER KILLEEN, OSB No. 165136
tyler.killeen@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GRACIE ARNOLD, an individual; GRETTA BAKER, an individual; KIYLYNN DAWKINS, an individual; HANNE HOPKINS, an individual; ANA MCCLAVE, an individual; CALI MCCLAVE, an individual; JODI NOYES, an individual; KAILIANA RAMOS, an individual; and PI'O TU'IVAL, an individual, | Case No.:  6:25-00366-MTK |
| Plaintiffs, | STIPULATION REGARDING AMENDED COMPLAINT AND REQUEST TO MODIFY DEFENDANTS' DEADLINE TO RESPOND |
| v. | |
| WESTERN OREGON UNIVERSITY, a public university of the State of Oregon; JESSICA PEATROSS, in her individual capacity; DEMENTRUS MARLOW, in his individual capacity; JESSE PETERS, in his individual capacity; MALISSA LARSON, in her individual capacity; and RANDI LYDUM, ion her individual capacity, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, by and through their undersigned counsel, and Defendants, by and through their undersigned counsel, as follows:

1. **Conferral**:  The parties have conferred, and in an effort to avoid, or limit, motion practice, Plaintiffs intend to promptly file an Amended Complaint to address certain issues raised by Defendants.

2. **Response Deadline**:  Defendants shall have fourteen (14) days from the date the Amended Complaint is filed to answer or otherwise respond to the Amended Complaint.

3. **No Waiver**:  This stipulation does not waive any defenses or rights of either party, and Defendants reserve the right to challenge any allegations in the Amended Complaint.

4. **Court Approval**:  The parties respectfully request that the Court approve this stipulation, strike the current date by which Defendants are to respond to the operative Complaint (March 20, 2025), and extend the deadline for Defendants' response as set forth above.

*[Signature blocks follow on next page.]*

DATED:  March 17, 2025


STOEL RIVES LLP                                     SHENOA PAYNE ATTORNEY AT LAW PC


*s/ Tyler Killeen*                                   *s/ Shenoa Payne*
ANDREA H. THOMPSON, OSB No.                         SHENOA PAYNE, OSB No. 084392
084923                                              spayne@paynelawpdx.com
andrea.thompson@stoel.com                           1500 SW First Ave., Ste. 1000
MISHA ISAAK, OSB No. 086430                         Portland, OR 97201
misha.isaak@stoel.com                               Telephone:  503.914.2500
TYLER KILLEEN, OSB No. 165136
tyler.killeen@stoel.com                             AND
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000                     KAFOURY & MCDOUGAL
Portland, OR  97205                                 Jason Kafoury, OSB No. 091200
Telephone:  503.224.3380                            jkafoury@kafourymcdougal.com
                                                    411 SW Second Ave., Ste. 200
*Attorneys for Defendants*                          Portland, OR 9704
                                                    Telephone:  503.224.2647

                                                    *Attorneys for Plaintiffs*