UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

GRACIE ARNOLD, an individual; GRETTA
BAKER, an individual; KIYLYNN
DAWKINS, an individual; HANNE
HOPKINS, an individual; ANA MCCLAVE,
an individual; CALI MCCLAVE, an
individual; JODI NOYES, an individual;
KAILIANA RAMOS, an individual; and PI'O
TU'IVAI, an individual,

          Plaintiffs,

      v.

WESTERN OREGON UNIVERSITY, a
public university of the State of Oregon;
JESSICA PEATROSS, in her individual
capacity; DEMENTRUS MARLOW, in his
individual capacity; JESSE PETERS, in his
individual capacity; and RANDI LYDUM, in
her individual capacity,

          Defendants.

Case No.: 6:25-cv-00366-AP

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

On July 21, 2026, the parties jointly executed and filed a Stipulation of Voluntary Dismissal With Prejudice with respect to defendants Jessica Peatross, Dementrus Marlow, Jesse Peters, Malissa Larson, and Randi Lydum. [ECF No. 30]. Now, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Gracie Arnold, Gretta Baker, Kiylynn Dawkins, Hanne Hopkins, Ana McClave, Cali McClave, Jodi Noyes, Kailiana Ramos, and Pi'o Tu'ivai and defendant Western Oregon University hereby stipulate that all claims against defendant Western Oregon University immediately be dismissed with prejudice, without designation of a prevailing party, costs, or fees, and with no right to appeal. Pursuant to ORS 17.095(3), a copy of the executed settlement agreement between plaintiffs and Western Oregon University is attached as Exhibit A. This matter is hereby dismissed in its entirety with prejudice, without designation of a

prevailing party, costs, or fees, and with no right to appeal.

DATED: July 30, 2026

IT IS SO STIPULATED

For Plaintiffs

_/s/ Jason L. Kafoury_
JASON L. KAFOURY, OSB No. 091200
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Ave, Suite 200
Portland, OR 97204
SHENOA L. PAYNE, OSB No. 084392
spayne@paynelawpdx.com
Shenoa Payne Attorney at Law PC
Crown Plaza Bldg
1500 SW 1st Ave, Suite 1000
Portland, OR 97201

For Defendants

_/s/ Misha Isaak_
ANDREA H. THOMPSON, OSB No. 084923
andrea.thompson@stoel.com
MISHA ISAAK, OSB No. 086430
misha.isaak@stoel.com
TYLER KILLEEN, OSB No. 165136
tyler.killeen@stoel.com
Stoel Rives LLP
760 SW Ninth Ave, Suite 3000
Portland, OR 97205

153537607.1 0054595-00011

## SETTLEMENT AND GENERAL RELEASE AGREEMENT

This Settlement and General Release Agreement (the "Agreement") is entered into between Gracie Arnold, Gretta Baker, Kiylynn Dawkins, Hanne Hopkins, Ana McClave, Cali McClave, Jodi Noyes, Kailiana Ramos, and Pi'o Tu'ivai (collectively "Plaintiffs"), on the one hand, and Western Oregon University ("WOU"), on the other, (collectively, the "Parties") and is effective on the date of last signature (the "Effective Date").

1.     Recitals.

 a.  Plaintiffs are former students of WOU and former members of the WOU Women's Basketball Team.

 b.  On January 29th, 2025, Plaintiffs filed a lawsuit against WOU, Jessica Peatross, Dementrus Marlow, Jesse Peters, Malissa Larson, and Randi Lydum in the Circuit Court of the State of Oregon, Marion County, *Gracie Arnold et al. v. Western Oregon University et al.*, Case No.: 25CV05549 (the "Lawsuit"), alleging claims of First Amendment Retaliation, Intentional Infliction of Emotional Distress, Negligence, Negligent Retention and Supervision, and Use of Police with Intent to Harm.

 c.  On February 28, 2025, the Lawsuit was removed to United States District Court, District of Oregon, Eugene Division, Case No.: 6:25-cv-00366-AP.

 d.  On April 9, 2025, Plaintiffs filed an Amended Complaint in the Lawsuit against WOU, Jessica Peatross, Dementrus Marlow, Jesse Peters, and Randi Lydum and removing Malissa Larson as a defendant, alleging claims of First Amendment Retaliation, Intentional Infliction of Emotional Distress, Negligence, and Negligent Retention and Supervision.

 e.  All defendants denied the allegations asserted in the Lawsuit and deny that any of them violated any law or committed any wrongdoing.

 f.  WOU and Plaintiffs intend by this Agreement to resolve all claims alleged by Plaintiffs in the Lawsuit and all potential claims through the Effective Date of this Agreement. This Agreement does not constitute an admission by Plaintiffs, WOU, or any of the Released Parties (as defined below) regarding the merits, validity, or accuracy of any of the allegations, claims, or defenses asserted in the Lawsuit. This Agreement represents the compromise of disputed claims.

2.     Monetary Consideration.  For good and valuable consideration, including the mutual promises and covenants set forth herein, the receipt and sufficiency of which are hereby acknowledged, Plaintiffs and WOU agree as follows:

WOU will cause to be paid to Plaintiffs the total gross settlement sum of Two Million Two Hundred and Fifty Thousand and no/100 Dollars ($2,250,000.00) (the "Settlement Amount") in full and final settlement of Plaintiffs' claims alleged in the Lawsuit. All sums set forth herein constitute damages on account of personal and physical injuries or sickness, within the meaning

153537607.1 0054595-00011

Exhibit A
Page 1 of 19

of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended, and no portion of the settlement process represents exemplary or punitive damages nor prejudgment or post-judgment interest, but that such claims are nonetheless being released by the undersigned. The settlement payments are intended to resolve disputed claims arising from those alleged injuries and damages. The Parties agree that the Settlement Amount is intended to compensate Plaintiffs for all recoverable damages and attorneys' fees and costs for which they sought recovery. The Settlement Amount will be paid by check made payable to "Kafoury & McDougal Client Trust Account."  Kafoury & McDougal shall provide an IRS Form W-9 to WOU's attorneys for all of the Settlement Amount as required by law.

The above-mentioned check shall be sent to Plaintiffs' attorney, Jason Kafoury, at Grand Stable & Carriage Building, 411 SW 2nd Avenue, Suite 200, Portland, OR 97204 within 45 calendar days after the later of (a) the date that WOU's attorneys, Misha Isaak, Andrea H. Thompson, or Tyler Killeen of Stoel Rives LLP, receive a copy of this Agreement executed by all Plaintiffs; (b) the date that WOU's attorneys, Misha Isaak, Andrea H. Thompson, or Tyler Killeen of Stoel Rives LLP, receives IRS Form W-9 from Kafoury & McDougal; (c) pursuant to Section 4 of this agreement, the date that **Exhibit A** is jointly executed and filed with the Court; and (d) the date that WOU's attorneys, Misha Isaak, Andrea H. Thompson, or Tyler Killeen of Stoel Rives LLP, receive complete and executed MMSEA Reporting Compliance Declarations from all Plaintiffs, included with this Agreement as **Exhibit C**.

3.      Complete Mutual General Release of All Claims.  Effective upon the Effective Date, in exchange for the mutual promises and payments described in this Agreement, Plaintiffs, defined for the purposes of this Section to include their agents, heirs, assigns, and legal representatives, hereby unconditionally, irrevocably, and absolutely release and discharge WOU and its colleges, divisions, departments, officers, directors, administrators, faculty members, employees, agents, insurers, legal counsel, and other representatives (collectively, "Released Parties"), from any and all claims, suits, liens, debts, obligations, promises, agreements, costs, expenses, fees (including reasonable or actual attorneys' fees and costs), causes of action, losses or damages of any nature whatsoever, at law, in equity, under any legal theory, whether known or unknown, foreseen and unforeseen, arising in any way from the Lawsuit or Plaintiffs' attendance at WOU or participation in the WOU Women's Basketball Team that occurred before the Effective Date.

Additionally, WOU, including its past, present, and future successors, heirs, assigns, agents, representatives, affiliates, trustees, and employees, hereby unconditionally, irrevocably, and absolutely releases and discharges Plaintiffs and their agents, heirs, assigns, and legal representatives, from any and all claims, suits, liens, debts, obligations, promises, agreements, costs, expenses, fees (including reasonable or actual attorneys' fees and costs), causes of action, losses or damages of any nature whatsoever, at law, in equity, under any legal theory, whether known or unknown, foreseen and unforeseen, arising in any way from the Lawsuit or Plaintiffs' attendance at WOU or participation in the WOU Women's Basketball Team that occurred before the Effective Date.

These releases do not extend to claims, causes of action, demands, liabilities, expenses and damages that arise out of any breach of this Agreement.

153537607.1 0054595-00011

4. _Dismissal of Individual Defendants from Lawsuit with Prejudice_. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and within 7 calendar days of the Effective Date, the Parties will jointly execute **Exhibit A**, which is a stipulation of dismissal of all claims against Jessica Peatross, Dementrus Marlow, Jesse Peters, Malissa Larson, and Randi Lydum. Plaintiffs agree and authorize their counsel to file **Exhibit A** within one (1) business day of joint execution of **Exhibit A**. The dismissal will be with prejudice, without designation of a prevailing party, costs, or fees, and with no right of appeal. To be clear, and as set forth in Section 2 of this Agreement, the delivery of the Settlement Amount to Plaintiffs' attorney is contingent upon, among other things, the joint execution and filing of **Exhibit A**.

5. _Dismissal of Lawsuit with Prejudice_. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and within seven (7) calendar days of the Effective Date, the Parties will jointly execute **Exhibit B**, which is a stipulation of dismissal of all claims against WOU and the Lawsuit in its entirety. Plaintiffs agree and authorize their counsel to file **Exhibit B** within five (5) business days of the date WOU delivers the Settlement Amount to Plaintiffs' attorney as set forth in Section 2 of this Agreement. The dismissal will be with prejudice, without designation of a prevailing party, costs, or fees, and with no right of appeal. Plaintiffs and their counsel further agree and authorize WOU to file **Exhibit A** and/or **Exhibit B** if Plaintiffs' counsel fails to file those documents within the time periods required by Sections 4 and 5.

6. _Covenant Not to Sue_.  Plaintiffs warrant that as of the date of this Agreement neither Plaintiffs nor anyone acting on Plaintiffs' behalf have filed any charge, claim or request for any type of relief from WOU or any Released Party with any administrative agency, court, or other forum or entity, other than the Lawsuit.  Plaintiffs further warrant that Plaintiffs will never file any claim in any forum against WOU or any Released Party arising from any claimed act, omission or other conduct occurring prior to the effective date of this Agreement.

7. _Non-Admission of Liability_.  This Agreement reflects a compromise of disputed claims.  The execution of this Agreement is not in any way an admission of liability or fault by WOU or any Released Party, and WOU specifically denies any liability to Plaintiffs.

8. _Entire Compensation_.  Plaintiffs agree that the Settlement Amount constitutes the entire consideration due Plaintiffs and is in full and complete satisfaction of any and all claims, demands and/or causes of action Plaintiffs have or may have against WOU and the Released Parties, and that Plaintiffs will not seek any further compensation for any other claimed damages, costs or attorneys' fees in connection with the matters encompassed in this Agreement.  Plaintiffs acknowledge and agree that Plaintiffs would not be entitled to receive the Settlement Amount if Plaintiffs did not make the promises that Plaintiffs are making in this Agreement.

9. _Tax Liability/Indemnification_. Plaintiffs warrant that no advice or representation regarding the tax treatment of any payments hereunder has been made by WOU or its counsel. Plaintiffs are hereby advised to consult with Plaintiffs' own tax advisors and acknowledge their understanding that receipt of any amounts pursuant to this Agreement may have federal, state, and local income tax consequences.  Plaintiffs understand and agree that WOU shall comply with all federal, state, or local tax laws that require reporting of the Settlement Amount and withholding of taxes owed.  Plaintiffs agree to cooperate with WOU if any taxing authority questions the tax treatment of the settlement payment, including by (i) providing testimony and any documents supporting the allocation of settlement proceeds and (ii) upon WOU's request, promptly authorizing

the IRS or other taxing authorities to release to WOU copies of Plaintiffs' relevant tax returns and payment records.  Plaintiffs agree to hold harmless and indemnify WOU in full for any unpaid personal income tax obligations of Plaintiffs, including any associated penalties and interest.

10.    Attorney Fees and Costs. The Parties agree that they shall bear their own respective costs and fees, including but not limited to attorneys' fees, if any, in connection with the Lawsuit and negotiation and execution of this Agreement.  Plaintiffs further agree that they shall be fully and solely responsible for any and all liens associated with the Lawsuit and all claims released herein and agree to indemnify and hold harmless WOU and the Released Parties for any and all liens.

11.    Medicare and Social Security Disability.  Plaintiffs hereby warrant and represent that they presently are not, nor have they ever been enrolled in Medicare Part A or Part B, or any state equivalent and have completed the MMSEA Reporting Compliance Declaration, included as **Exhibit C** to this Agreement, reflecting the same.  Further, Plaintiffs represent and warrant that they have no claim for Social Security Disability benefits nor are they appealing or re-filing for Social Security Disability benefits.  Plaintiffs agree to indemnify and hold WOU and the Released Parties harmless from any claims of, or rights of recovery as a result of any future payment which may be made by Medicare or any other entity for or on behalf of Plaintiffs for such future care.  Plaintiffs agree to hold WOU and the Released Parties harmless for any loss of Medicare benefits or Social Security benefits Plaintiffs may sustain as a result of this Agreement.  In addition, Plaintiffs agree to release as part of this Agreement any right to bring any possible future action under the Medicare Secondary Payer Statute against WOU or any of the Released Parties.  Plaintiffs have been apprised of their right to seek assistance from legal counsel or directly from the Social Security Administration or other government agencies regarding the impact this Agreement may have on Plaintiffs' current or future entitlement to Social Security or other governmental benefits.  Plaintiffs acknowledge that acceptance of these settlement funds may affect Plaintiffs' rights to other governmental benefits, insurance benefits, disability benefits, or pension benefits.

12.    Knowing Release. Plaintiffs declare that they fully understand the terms and provisions of this Agreement and voluntarily accept the above terms and provisions for the purpose of making a compromise, adjustment, and settlement of all matters between the Parties, including but not limited to those in the Lawsuit.  Plaintiffs declare that, prior to the execution of this Agreement, they had a sufficient and reasonable amount of time within which to consider the terms of this Agreement, read carefully and understand the provisions of this Agreement, understand that they are releasing any claims they may have against WOU or the Released Parties, knowingly and voluntarily agree to the terms of this Agreement and intend to be bound by them, apprised themselves of sufficient relevant information and had a sufficient opportunity to consult with an attorney (and have done so with their attorneys, Jason Kafoury and Shenoa Payne), business representatives, or advisors in order that they might intelligently exercise their own judgment in deciding whether to execute this Agreement.

13.    Third Party Beneficiaries. Although not Parties to this Agreement, Jessica Peatross, Dementrus Marlow, Jesse Peters, Malissa Larson, and Randi Lydum are third-party beneficiaries.

14.    Severability. If any provision of this Agreement is determined to be invalid, illegal, or unenforceable for any reason, the remaining provisions of this Agreement remain in

153537607.1 0054595-00011

full force and effect, if the essential terms and conditions of this Agreement for both Parties remain valid, legal, and enforceable. Without limiting the previous sentence, the Parties acknowledge and agree that the provisions of Sections 2, 3, 4, 5, and 6 each constitute an essential element of the agreed exchange that is the subject matter of this Agreement.

15.    No Assignment. Plaintiffs represent and warrant that (a) there has been no assignment or other transfer of any interest in the claims which they have or may have that are being released herein, and that they shall indemnify, hold harmless, and defend WOU and any of the Released Parties from any liability, claims, demands, damages, costs, expenses and reasonable attorney fees incurred by any of them as a result of any such assignment or transfer contrary to the foregoing representation, and (b) they own all claims, demands, and causes of action which are released by this Agreement free and clear from all liens, claims, and encumbrances.

16.    Choice of Law. This Agreement is governed and interpreted under Oregon law, without regard to principles of choice of law.

17.    Agreement Construction. The Parties have agreed to cooperate in drafting and signing this Agreement. Each party has participated in the preparation of this Agreement, has had a full and complete opportunity to review it, and has been given the opportunity to have legal counsel review it. Accordingly, the Parties agree that the common-law principle of construing ambiguities against the drafter shall have no application to this Agreement. Neither Plaintiffs nor WOU have signed this document because of any statements or promises other than the terms contained herein.

18.    Counterparts. This Agreement may be executed in two or more counterparts, each of which will be deemed to be an original and all of which together will constitute one and the same instrument. The Parties agree that signatures transmitted electronically, whether sent via Docusign, facsimile or as attached files (e.g., PDF), will be acceptable to bind the Parties and will not in any way affect this Agreement.

19.    Binding Agreement. This Agreement is binding upon and shall inure to the benefit of the Parties and their respective heirs, administrators, executors, trustees, legal representatives, corporate parents, corporate subsidiaries, corporate affiliates, successors, predecessors, assigns, directors, officers, agents, employees, insurers and transferees.

20.    Entire Agreement. Each party has read this Agreement and understands its contents. The Parties acknowledge and agree that they have been represented and advised by independent counsel of their choice throughout all negotiations that preceded the execution of this Agreement. This Agreement contains the entire agreement and understanding between the Parties and supersedes and replaces all prior negotiations and proposed agreements, written or oral. No amendments, modifications or supplements to this Agreement may be made other than by a writing signed by the Parties. The terms of this Agreement are contractual and not a mere recital. This Agreement shall be effective upon signing.

[*Signature page follows*]

153537607.1 0054595-00011

**THE UNDERSIGNED STATE THAT THEY HAVE CAREFULLY READ THIS SETTLEMENT AND GENERAL RELEASE AGREEMENT IN ITS ENTIRETY; THAT NO PROMISE, INDUCEMENT, OR AGREEMENT NOT HEREIN EXPRESSED HAS BEEN MADE TO THEM; THAT THEY HAVE HAD SUFFICIENT OPPORTUNITY TO HAVE AN ATTORNEY REVIEW THIS SETTLEMENT AND GENERAL RELEASE AGREEMENT SHOULD THEY SO DESIRE;  AND THAT THEY VOLUNTARILY AND KNOWINGLY ACCEPT ITS TERMS AND PROVISIONS.**

By: *Gracie Arnold*
Gracie Arnold

Date: 07/17/2026

By: *Gretta Baker*
Gretta Baker

Date: 07/17/2026

By: *Kiylynn Hustler*
*Kiylynn Hustler (Jul 20, 2026 10:51:28 PDT)*
Kiylynn Dawkins

Date: 07/20/2026

By: *Hanne Hopkins*
Hanne Hopkins

Date: 07/17/2026

By: *Ana McClave*
Ana McClave

Date: 07/20/2026

By: *Cali McClave*
Cali McClave

Date: 07/17/2026

By: *Jodi Noyes*
Jodi Noyes

Date: 07/17/2026

By: *Kailiana Ramos*
Kailiana Ramos

Date: 07/17/2026

By *Pi'o Tuivai*
Pi'o Tu'ivai

Date: 07/17/2026

By: _____
Craig Ashford
General Counsel
For Western Oregon University

Date: _____

6 of 7

THE UNDERSIGNED STATE THAT THEY HAVE CAREFULLY READ THIS SETTLEMENT AND GENERAL RELEASE AGREEMENT IN ITS ENTIRETY; THAT NO PROMISE, INDUCEMENT, OR AGREEMENT NOT HEREIN EXPRESSED HAS BEEN MADE TO THEM; THAT THEY HAVE HAD SUFFICIENT OPPORTUNITY TO HAVE AN ATTORNEY REVIEW THIS SETTLEMENT AND GENERAL RELEASE AGREEMENT SHOULD THEY SO DESIRE; AND THAT THEY VOLUNTARILY AND KNOWINGLY ACCEPT ITS TERMS AND PROVISIONS.

By: _____          Date: _____
Gracie Arnold

By: _____          Date: _____
Gretta Baker

By: _____          Date: _____
Kiylynn Dawkins

By: _____          Date: _____
Hanne Hopkins

By: _____          Date: _____
Ana McClave

By: _____          Date: _____
Cali McClave

By: _____          Date: _____
Jodi Noyes

By: _____          Date: _____
Kailiana Ramos

By: _____          Date: _____
Pi'o Tu'ivai

By: _____          Date: July 17, 2026
Craig Ashford
General Counsel
For Western Oregon University

6 of 7

# EXHIBIT A

153537607.1 0054595-00011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

GRACIE ARNOLD, an individual; GRETTA BAKER, an individual; KIYLYNN DAWKINS, an individual; HANNE HOPKINS, an individual; ANA MCCLAVE, an individual; CALI MCCLAVE, an individual; JODI NOYES, an individual; KAILIANA RAMOS, an individual; and PI'O TU'IVAI, an individual,

    Plaintiffs,

  v.

WESTERN OREGON UNIVERSITY, a public university of the State of Oregon; JESSICA PEATROSS, in her individual capacity; DEMENTRUS MARLOW, in his individual capacity; JESSE PETERS, in his individual capacity; and RANDI LYDUM, in her individual capacity,

    Defendants.

Case No.: 6:25-cv-00366-AP

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Gracie Arnold, Gretta Baker, Kiylynn Dawkins, Hanne Hopkins, Ana McClave, Cali McClave, Jodi Noyes, Kailiana Ramos, and Pi'o Tu'ivai and defendants Western Oregon University, Jessica Peatross, Dementrus Marlow, Jesse Peters, and Randi Lydum hereby stipulate that all claims asserted against defendants Jessica Peatross, Dementrus Marlow, Jesse Peters, Malissa Larson, and Randi Lydum immediately be dismissed with prejudice, without designation of a prevailing party, costs, or fees, and with no right to appeal.

153537607.1 0054595-00011

DATED: [Month] ___, 2026

IT IS SO STIPULATED

For Plaintiffs                                    For Defendants

_____          _____
JASON L. KAFOURY, OSB No. 091200      ANDREA H. THOMPSON, OSB No. 084923
jkafoury@kafourymcdougal.com          andrea.thompson@stoel.com
Kafoury & McDougal                    MISHA ISAAK, OSB No. 086430
411 SW Second Ave, Suite 200          misha.isaak@stoel.com
Portland, OR 97204                    TYLER KILLEEN, OSB No. 165136
                                      tyler.killeen@stoel.com
SHENOA L. PAYNE, OSB No. 084392       Stoel Rives LLP
spayne@paynelawpdx.com                760 SW Ninth Ave, Suite 3000
Shenoa Payne Attorney at Law PC       Portland, OR 97205
Crown Plaza Bldg
1500 SW 1st Ave, Suite 1000
Portland, OR 97201

# EXHIBIT B

153537607.1 0054595-00011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

GRACIE ARNOLD, an individual; GRETTA BAKER, an individual; KIYLYNN DAWKINS, an individual; HANNE HOPKINS, an individual; ANA MCCLAVE, an individual; CALI MCCLAVE, an individual; JODI NOYES, an individual; KAILIANA RAMOS, an individual; and PI'O TU'IVAI, an individual,

        Plaintiffs,

    v.

WESTERN OREGON UNIVERSITY, a public university of the State of Oregon; JESSICA PEATROSS, in her individual capacity; DEMENTRUS MARLOW, in his individual capacity; JESSE PETERS, in his individual capacity; and RANDI LYDUM, in her individual capacity,

        Defendants.

Case No.: 6:25-cv-00366-AP

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

On [date], the parties jointly executed and filed a Stipulation of Voluntary Dismissal With Prejudice with respect to defendants Jessica Peatross, Dementrus Marlow, Jesse Peters, Malissa Larson, and Randi Lydum. [ECF No. X]. Now, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Gracie Arnold, Gretta Baker, Kiylynn Dawkins, Hanne Hopkins, Ana McClave, Cali McClave, Jodi Noyes, Kailiana Ramos, and Pi'o Tu'ivai and defendant Western Oregon University hereby stipulate that all claims against defendant Western Oregon University immediately be dismissed with prejudice, without designation of a prevailing party, costs, or fees, and with no right to appeal. Pursuant to ORS 17.095(3), a copy of the executed settlement agreement between plaintiffs and Western Oregon University is attached as Exhibit A. This matter is hereby dismissed in its entirety with prejudice, without designation of a

prevailing party, costs, or fees, and with no right to appeal.

DATED: [Month] ___, 2026

IT IS SO STIPULATED

For Plaintiffs

_____
JASON L. KAFOURY, OSB No. 091200
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Ave, Suite 200
Portland, OR 97204

SHENOA L. PAYNE, OSB No. 084392
spayne@paynelawpdx.com
Shenoa Payne Attorney at Law PC
Crown Plaza Bldg
1500 SW 1st Ave, Suite 1000
Portland, OR 97201

For Defendants

_____
ANDREA H. THOMPSON, OSB No. 084923
andrea.thompson@stoel.com
MISHA ISAAK, OSB No. 086430
misha.isaak@stoel.com
TYLER KILLEEN, OSB No. 165136
tyler.killeen@stoel.com
Stoel Rives LLP
760 SW Ninth Ave, Suite 3000
Portland, OR 97205

153537607.1 0054595-00011



**Progress** | **RightSignature**

## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
5FC4C311-64D5-4979-9A64-0C869904DC7F

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>5FC4C311-64D5-4979-9A64-0C869904DC7F | **Document Name**<br>2026-7-17 FINAL Settlement Agreement |
| **Transaction Type**<br>Signature Request | **Filename**<br>2026-7-17_FINAL_Settlement_Agreement.pdf |
| **Sent At**<br>07/17/2026 04:32:52 PM EDT | **Pages**<br>12 pages |
| **Executed At**<br>07/20/2026 01:44:23 PM EDT | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>224 KB |
| **Distribution Method**<br>email | **Original Checksum**<br>c4a3f6e6fc9f0fd75aaee0dce82513a4d7b9024f8810a13eeeb7f391dc371ec2 |
| **Signed Checksum**<br>51e35a229f2f633e4342b8781367790d3495e144183b48fa0afe5c6765e7280c | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |
| **eIDAS Authentication**<br>Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Gretta Baker<br>**Email**<br>gretta.baker@yahoo.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>104.28.116.45<br>**Device**<br>Mobile Safari via iOS<br>**Typed Signature**<br>*Gretta Baker*<br>**Signature Reference ID**<br>7C6C7B6F | **Viewed At**<br>07/17/2026 08:14:00 PM EDT<br>**Identity Authenticated At**<br>07/17/2026 08:15:01 PM EDT<br>**Signed At**<br>07/17/2026 08:15:02 PM EDT |
| **Name**<br>Kailiana Ramos<br>**Email**<br>kkramos00@gmail.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>146.75.146.0<br>**Device**<br>Mobile Safari via iOS<br>**Typed Signature**<br>*Kailiana Ramos*<br>**Signature Reference ID**<br>6871B36F | **Viewed At**<br>07/17/2026 05:31:19 PM EDT<br>**Identity Authenticated At**<br>07/17/2026 05:31:42 PM EDT<br>**Signed At**<br>07/17/2026 05:31:42 PM EDT |

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Jodi Noyes<br>**Email**<br>jodinoyes2000@gmail.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>208.85.234.78<br>**Device**<br>Mobile Safari via iOS<br>**Drawn Signature**<br>*Jodi Noyes*<br>**Signature Reference ID**<br>91586DD3<br>**Signature Biometric Count**<br>3 | **Viewed At**<br>07/17/2026 04:51:54 PM EDT<br>**Identity Authenticated At**<br>07/17/2026 05:01:52 PM EDT<br>**Signed At**<br>07/17/2026 05:01:52 PM EDT |
| **Name**<br>Gracie Arnold<br>**Email**<br>arnoldgracie22@gmail.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>97.90.116.186<br>**Device**<br>Mobile Safari via iOS<br>**Typed Signature**<br>*Gracie Arnold*<br>**Signature Reference ID**<br>78D9D884 | **Viewed At**<br>07/17/2026 04:45:41 PM EDT<br>**Identity Authenticated At**<br>07/17/2026 04:46:30 PM EDT<br>**Signed At**<br>07/17/2026 04:46:30 PM EDT |
| **Name**<br>Piohia Tuivai<br>**Email**<br>piotuivai@gmail.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>72.130.19.166<br>**Device**<br>Mobile Safari via iOS<br>**Typed Signature**<br>*Piohia Tuivai*<br>**Signature Reference ID**<br>54A5137C | **Viewed At**<br>07/17/2026 04:41:18 PM EDT<br>**Identity Authenticated At**<br>07/17/2026 04:44:54 PM EDT<br>**Signed At**<br>07/17/2026 04:44:54 PM EDT |
| **Name**<br>Cali McClave<br>**Email**<br>calsm12@icloud.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>107.127.21.80<br>**Device**<br>Mobile Safari via iOS<br>**Typed Signature**<br>*Cali McClave*<br>**Signature Reference ID**<br>E238DB4D | **Viewed At**<br>07/17/2026 04:43:11 PM EDT<br>**Identity Authenticated At**<br>07/17/2026 04:44:11 PM EDT<br>**Signed At**<br>07/17/2026 04:44:11 PM EDT |

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Hanne Hopkins<br>**Email**<br>hannerebekka04@gmail.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>97.120.78.34<br>**Device**<br>Mobile Safari via iOS<br>**Typed Signature**<br>*Hanne Hopkins*<br>**Signature Reference ID**<br>ABE9D05F | **Viewed At**<br>07/17/2026 04:33:50 PM EDT<br>**Identity Authenticated At**<br>07/17/2026 04:37:13 PM EDT<br>**Signed At**<br>07/17/2026 04:37:13 PM EDT |
| **Name**<br>Ana McClave<br>**Email**<br>anadmc20@icloud.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>71.193.251.111<br>**Device**<br>Mobile Safari via iOS | **Viewed At**<br>07/17/2026 04:31:37 PM EDT<br>**Identity Authenticated At**<br>07/17/2026 04:33:08 PM EDT<br>**Signed At**<br>07/17/2026 04:33:08 PM EDT |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 07/17/2026 04:28:39 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) created document '2026-7-17_FINAL_Settlement_Agreement.pdf' on Chrome via Windows from 50.173.29.50. |
| 07/17/2026 04:28:39 PM EDT | Piohia Tuivai (piotuivai@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:28:39 PM EDT | Kailiana Ramos (kkramos00@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:28:39 PM EDT | Kiylynn Dawkins (kiylyndawkins24@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:28:39 PM EDT | Gracie Arnold (arnoldgracie22@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:28:39 PM EDT | Hanne Hopkins (hannerebekka04@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:28:39 PM EDT | Gretta Baker (gretta.baker@yahoo.com) was emailed a link to sign. |
| 07/17/2026 04:28:39 PM EDT | Cali McClave (calsm12@icloud.com) was emailed a link to sign. |
| 07/17/2026 04:28:39 PM EDT | Ana McClave (anadmc20@icloud.com) was emailed a link to sign. |
| 07/17/2026 04:31:37 PM EDT | Piohia Tuivai (piotuivai@gmail.com) viewed the document on Mobile Safari via iOS from 72.130.19.166. |
| 07/17/2026 04:31:37 PM EDT | Ana McClave (anadmc20@icloud.com) viewed the document on Mobile Safari via iOS from 71.193.251.111. |
| 07/17/2026 04:31:49 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) initiated revision on Chrome via Windows from 50.173.29.50. |
| 07/17/2026 04:32:52 PM EDT | Jodi Noyes (jodinoyes2000@gmail.com) was added as a signer to the document |
| 07/17/2026 04:32:52 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) completed revision |
| 07/17/2026 04:32:53 PM EDT | Jodi Noyes (jodinoyes2000@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:32:53 PM EDT | Piohia Tuivai (piotuivai@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:32:53 PM EDT | Gracie Arnold (arnoldgracie22@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:32:53 PM EDT | Kiylynn Dawkins (kiylyndawkins24@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:32:53 PM EDT | Ana McClave (anadmc20@icloud.com) was emailed a link to sign. |
| 07/17/2026 04:32:53 PM EDT | Hanne Hopkins (hannerebekka04@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:32:53 PM EDT | Kailiana Ramos (kkramos00@gmail.com) was emailed a link to sign. |
| 07/17/2026 04:32:53 PM EDT | Gretta Baker (gretta.baker@yahoo.com) was emailed a link to sign. |
| 07/17/2026 04:32:53 PM EDT | Cali McClave (calsm12@icloud.com) was emailed a link to sign. |
| 07/17/2026 04:33:08 PM EDT | Ana McClave (anadmc20@icloud.com) authenticated via email on Mobile Safari via iOS from 71.193.251.111. |
| 07/17/2026 04:33:08 PM EDT | Ana McClave (anadmc20@icloud.com) signed the document on Mobile Safari via iOS from 71.193.251.111. |
| 07/17/2026 04:33:50 PM EDT | Hanne Hopkins (hannerebekka04@gmail.com) viewed the document on Mobile Safari via iOS from 97.120.78.34. |
| 07/17/2026 04:37:13 PM EDT | Hanne Hopkins (hannerebekka04@gmail.com) authenticated via email on Mobile Safari via iOS from 97.120.78.34. |
| 07/17/2026 04:37:13 PM EDT | Hanne Hopkins (hannerebekka04@gmail.com) signed the document on Mobile Safari via iOS from 97.120.78.34. |
| 07/17/2026 04:41:18 PM EDT | Piohia Tuivai (piotuivai@gmail.com) viewed the document on Mobile Safari via iOS from 72.130.19.166. |
| 07/17/2026 04:43:11 PM EDT | Cali McClave (calsm12@icloud.com) viewed the document on Mobile Safari via iOS from 107.127.21.80. |
| 07/17/2026 04:44:11 PM EDT | Cali McClave (calsm12@icloud.com) authenticated via email on Mobile Safari via iOS from 107.127.21.80. |
| 07/17/2026 04:44:11 PM EDT | Cali McClave (calsm12@icloud.com) signed the document on Mobile Safari via iOS from 107.127.21.80. |
| 07/17/2026 04:44:54 PM EDT | Piohia Tuivai (piotuivai@gmail.com) authenticated via email on Mobile Safari via iOS from 72.130.19.166. |
| 07/17/2026 04:44:54 PM EDT | Piohia Tuivai (piotuivai@gmail.com) signed the document on Mobile Safari via iOS from 72.130.19.166. |
| 07/17/2026 04:45:41 PM EDT | Gracie Arnold (arnoldgracie22@gmail.com) viewed the document on Mobile Safari via iOS from 97.90.116.186. |
| 07/17/2026 04:46:30 PM EDT | Gracie Arnold (arnoldgracie22@gmail.com) authenticated via email on Mobile Safari via iOS from 97.90.116.186. |
| 07/17/2026 04:46:30 PM EDT | Gracie Arnold (arnoldgracie22@gmail.com) signed the document on Mobile Safari via iOS from 97.90.116.186. |

| TIMESTAMP | AUDIT |
|---|---|
| 07/17/2026 04:51:54 PM EDT | Jodi Noyes (jodinoyes2000@gmail.com) viewed the document on Mobile Safari via iOS from 208.85.234.78. |
| 07/17/2026 05:01:52 PM EDT | Jodi Noyes (jodinoyes2000@gmail.com) authenticated via email on Mobile Safari via iOS from 208.85.234.78. |
| 07/17/2026 05:01:52 PM EDT | Jodi Noyes (jodinoyes2000@gmail.com) signed the document on Mobile Safari via iOS from 208.85.234.78. |
| 07/17/2026 05:31:19 PM EDT | Kailiana Ramos (kkramos00@gmail.com) viewed the document on Mobile Safari via iOS from 146.75.146.0. |
| 07/17/2026 05:31:42 PM EDT | Kailiana Ramos (kkramos00@gmail.com) authenticated via email on Mobile Safari via iOS from 146.75.146.0. |
| 07/17/2026 05:31:42 PM EDT | Kailiana Ramos (kkramos00@gmail.com) signed the document on Mobile Safari via iOS from 146.75.146.0. |
| 07/17/2026 08:14:00 PM EDT | Gretta Baker (gretta.baker@yahoo.com) viewed the document on Mobile Safari via iOS from 104.28.116.45. |
| 07/17/2026 08:15:01 PM EDT | Gretta Baker (gretta.baker@yahoo.com) authenticated via email on Mobile Safari via iOS from 104.28.116.45. |
| 07/17/2026 08:15:02 PM EDT | Gretta Baker (gretta.baker@yahoo.com) signed the document on Mobile Safari via iOS from 104.28.116.45. |
| 07/20/2026 01:42:17 PM EDT | Kiylynn Dawkins (kiylyndawkins24@gmail.com) was emailed a reminder. |
| 07/20/2026 01:44:23 PM EDT | Kiylynn Dawkins (kiylyndawkins24@gmail.com) was removed from document 5fc4c311-64d5-4979-9a64-0c869904dc7f as the document was force completed. |
| 07/20/2026 01:44:23 PM EDT | Component 'Signature 7' assigned to signer7 was removed as the document was force completed. |
| 07/20/2026 01:44:23 PM EDT | Component 'Date 7' assigned to signer7 was removed as the document was force completed. |
| 07/20/2026 01:44:23 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) force completed document '2026-7-17_FINAL_Settlement_Agreement.pdf' on Chrome via Windows from 50.173.29.50. |

| TIMESTAMP | AUDIT |
|---|---|
| 07/17/2026 04:51:54 PM EDT | Jodi Noyes (jodinoyes2000@gmail.com) viewed the document on Mobile Safari via iOS from 208.85.234.78. |

# 2026-7-17_FINAL_Settlement_Agreement_Ana_McClave-signed-certificate

Final Audit Report                                                2026-07-20

| | |
|---|---|
| Created: | 2026-07-20 |
| By: | Laurie Osborn (osborn@kafourymcdougal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAo4_3i_3AYyfkkCRnrkg0KZtaB1U8KAIC |

## "2026-7-17_FINAL_Settlement_Agreement_Ana_McClave-signed-certificate" History

Document created by Laurie Osborn (osborn@kafourymcdougal.com)
2026-07-20 - 5:50:02 PM GMT

Document emailed to Kiylynn Hustler (kiylynnhustler@gmail.com) for signature
2026-07-20 - 5:50:18 PM GMT

Email viewed by Kiylynn Hustler (kiylynnhustler@gmail.com)
2026-07-20 - 5:50:51 PM GMT

Document e-signed by Kiylynn Hustler (kiylynnhustler@gmail.com)
Signature Date: 2026-07-20 - 5:51:28 PM GMT - Time Source: server - Signature Appearance Selected: TYPE

Agreement completed.
2026-07-20 - 5:51:28 PM GMT

Adobe Acrobat Sign



## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
12601C9B-E68D-42C2-A364-4E6D6DDC9FE5

**TRANSACTION DETAILS**

**Reference Number**
12601C9B-E68D-42C2-A364-4E6D6DDC9FE5

**Transaction Type**
Signature Request

**Sent At**
07/20/2026 02:12:03 PM EDT

**Executed At**
07/20/2026 02:12:59 PM EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
59ade49e29fde68d947f31319ad767907ccdb22323e0a0f28d181a23317ce005

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

**eIDAS Authentication**
Disabled

**DOCUMENT DETAILS**

**Document Name**
2026-7-17 FINAL Settlement Agreement -signed-certificate - signed

**Filename**
2026-7-17_FINAL_Settlement_Agreement_-signed-certificate_-_signed.pdf

**Pages**
17 pages

**Content Type**
application/pdf

**File Size**
343 KB

**Original Checksum**
25ec873e8175a20339df5128688354cab85d356fc17ba25fbcc25717818374b9

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Ana McClave<br><br>**Email**<br>anadmc20@icloud.com<br><br>**Components**<br>2 | **Status**<br>signed<br><br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br><br>**IP Address**<br>69.238.151.194<br><br>**Device**<br>Mobile Safari via iOS<br><br>**Typed Signature**<br>*Ana McClave*<br><br>**Signature Reference ID**<br>3B4744DD | **Viewed At**<br>07/20/2026 02:12:32 PM EDT<br><br>**Identity Authenticated At**<br>07/20/2026 02:12:59 PM EDT<br><br>**Signed At**<br>07/20/2026 02:12:59 PM EDT |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 07/20/2026 02:03:04 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) created document '2026-7-17_FINAL_Settlement_Agreement_-signed-certificate_-_signed.pdf' on Chrome via Windows from 50.173.29.50. |
| 07/20/2026 02:03:04 PM EDT | Ana McClave (anadmc20@icloud.com) was emailed a link to sign. |
| 07/20/2026 02:08:04 PM EDT | Ana McClave (anadmc20@icloud.com) viewed the document on Mobile Safari via iOS from 69.238.151.194. |
| 07/20/2026 02:09:39 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) initiated revision on Chrome via Windows from 50.173.29.50. |
| 07/20/2026 02:10:04 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) completed revision |
| 07/20/2026 02:10:04 PM EDT | Ana McClave (anadmc20@icloud.com) was emailed a link to sign. |
| 07/20/2026 02:10:30 PM EDT | Ana McClave (anadmc20@icloud.com) viewed the document on Mobile Safari via iOS from 69.238.151.194. |
| 07/20/2026 02:11:41 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) initiated revision on Chrome via Windows from 50.173.29.50. |
| 07/20/2026 02:12:03 PM EDT | Laurie Osborn (osborn@kafourymcdougal.com) completed revision |
| 07/20/2026 02:12:03 PM EDT | Ana McClave (anadmc20@icloud.com) was emailed a link to sign. |
| 07/20/2026 02:12:28 PM EDT | Ana McClave (anadmc20@icloud.com) viewed the document on Mobile Safari via iOS from 69.238.151.194. |
| 07/20/2026 02:12:32 PM EDT | Ana McClave (anadmc20@icloud.com) viewed the document on Mobile Safari via iOS from 69.238.151.194. |
| 07/20/2026 02:12:59 PM EDT | Ana McClave (anadmc20@icloud.com) authenticated via email on Mobile Safari via iOS from 69.238.151.194. |
| 07/20/2026 02:12:59 PM EDT | Ana McClave (anadmc20@icloud.com) signed the document on Mobile Safari via iOS from 69.238.151.194. |